**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 06-2138**

─────────────

MOSAB HOIDINK EL BEY,

                                        Plaintiff - Appellant,

        versus

CELEBRATION   STATION;   WHITECO   INDUSTRIAL
INCORPORATED,

                                        Defendants - Appellees,

        and

Officer T. R. STAMP,

─────────────                          Defendant.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad, Jr.,
Chief District Judge.  (3:02-cv-00461)

─────────────

Submitted:  June 21, 2007          Decided:  June 26, 2007

─────────────

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Mosab Hoidink El Bey, Appellant Pro Se.  David Erik Albright,
Travis Aaron Crump, SMITH & MOORE, LLP, Greensboro, North Carolina,
for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mosab Hoidink El Bey appealed the district court's orders granting summary judgment to Celebration Station and dismissing El Bey's civil action against defendant without prejudice for failure to serve. El Bey's complaint alleged violations of 42 U.S.C. §§ 1983 and 1985 (2000) and 18 U.S.C. §§ 241 and 242 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See El Bey v. Celebration Station, No. 3:02-cv-00461 (W.D.N.C. Sept. 27 & 28, 2006). We deny El Bey's motion for misconduct proceedings against the district judge and Celebration Station's request for sanctions against El Bey. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED